FRANCES ROTHMAN, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOSEPH SILBER, *ET ALS.*, DEFENDANTS-RESPONDENTS.

See same case below: 90 *N. J. Super.* 22.

*Mr. Samuel March* for the petitioners.

*Messrs. Kristeller, Zucker, Lowenstein & Cohen; Messrs. Jung & Selikoff & Rathman;* and *Messrs. Davis & Roth* for the respondents.

March 15, 1966. Denied.

IN THE MATTER OF THE APPLICATION OF UNION COUNTY PARK COMMISSION TO FIX COMPENSATION.

*Mr. Harry Silverstein, Mr. Samuel A. Bloom* and *Mr. Sam Weiss* for the petitioners.

*Messrs. Kentz, Kentz & Gilson* for the respondent.

March 15, 1966. Denied.

ROZELL WATKINS, PETITIONER-PETITIONER, v. JOHN COWENHOVEN, *ET AL.*, RESPONDENTS-RESPONDENTS.

See same case below: 90 *N. J. Super.* 17.

*Messrs. Madnick, Milstein & Mason* for the petitioner.

*Messrs. Haskins, Robottom & Hack* for the respondents.

March 15, 1966. Denied.